IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

HAZEL THOMPSON BRYANT,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE COMPANY and SELECT PORTFOLIO SERVICING, INC.,

    Defendants.

## NOTICE OF REMOVAL

Defendant American Security Insurance Company ("ASIC"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2020-008305-CA-01 (27). The facts and legal authority supporting this Notice of Removal are as follows:

**A.** **Factual Predicate**

1. On or about April 13, 2020, Plaintiff Hazel Thompson Bryant ("Plaintiff) filed this lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 2020-008305-CA-01 (27). Plaintiff has asserted a cause of action against ASIC for alleged breach of contract concerning the underpayment of a claim under a policy of property insurance.

2. On April 17, 2020, Plaintiff effectuated service of process on ASIC. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached as **Composite Exhibit "1."**

**B.     Diversity Jurisdiction Exists**

3. ASIC is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit "2."** *See also Licari v. Am. Sec. Ins. Co.*, Case No. 8:12–cv– 2853–T–33EAJ, 2013 WL 268688 at *3 (M.D. Fla. Jan. 24, 2013) (finding ASIC's principal place of business as Georgia).

4. Defendant Select Portfolio Servicing, Inc. is a Utah corporation with its principal place of business located at 3217 S. Decker Lake Drive, Salt Lake City, Utah, 84119. *See* printout from Utah Division of Corporations and Commercial Code's website, a true and correct copy of which is attached hereto as **Exhibit "3."**

5. Plaintiff is a citizen of and is domiciled in Florida. At all times material herto, Plaintiff owned and resided at the property located at 18432 N.W. 23 Avenue, Miami Gardens, Florida 33056, and was domiciled in Florida. *See Compl.* ¶ 2.

6. The Complaint at issue specifies that Plaintiff seeks damages in excess of $77,000.00 in this action.

7. Based on the foregoing, the amount in controversy exceeds $75,000.00 and the jurisdictional requirements of 28 U.S.C. §1332 have been met.

8. ASIC has sought removal "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other

paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).  Therefore, removal is timely.

9. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

10. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of ASIC's rights to assert any defenses or affirmative claims, including a counterclaim.

**C. Procedural Compliance**

10. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon ASIC are attached as **Composite Exhibit "1."**

11. In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, ASIC has served Plaintiffs with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for the Eleventh Judicial Circuit in Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "4."**

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-008305-CA-01 (27), be removed to this Honorable Court.

Dated: May 6, 2020

Respectfully submitted,

By:

*/s/ Evan M. Holober*
DANIEL H. PEREZ
Florida Bar No. 106141
EVAN M. HOLOBER
Florida Bar No. 1012320
**WARGO & FRENCH, LLP**
*Attorneys for Defendant American Security Insurance Company*
201 S. Biscayne Boulevard
Suite 1000 - 10th Floor
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
Email: eholober@wargofrench.com
FLService1@wargofrench.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF on May 6, 2020, on all counsel or parties of record on the Service List below.

*/s/ Evan M. Holober*
EVAN M. HOLOBER

## SERVICE LIST

**Maxwell S. Barnard, Esq.**
Watson, Espinel, Barnard, PLLC
9655 S. Dixie Highway, Suite 200
Miami, Florida 33156
Email: ME@weblawfl.com
          LS@weblawfl.com
*Counsel for Plaintiff*