# EXHIBIT "4"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2020-008305-CA-01 (27)

HAZEL THOMPSON BRYANT,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE COMPANY and SELECT PORTFOLIO SERVICING, INC.,

    Defendants.

_____/

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 6, 2020, a Notice of Removal pursuant to 28 U.S.C. §1446(d) of the above-entitled action was filed in the United States District Court for the Southern District of Florida, on behalf of Defendant AMERICAN SECURITY INSURANCE COMPANY. The filing of the Notice of Removal in the United States District Court and this Notice of Filing in this Court effects the removal of this action from state court. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit "A."

Respectfully submitted this 6th day of May, 2020.

CASE NO. 2020-008305-CA-01 (27)

Respectfully submitted,

**WARGO & FRENCH, LLP**
*Counsel for Defendant American Security Insurance Company*
201 S. Biscayne Boulevard, Suite 1000
Miami, Florida  33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
Email: eholober@wargofrench.com
Service:  flservice1@wargofrench.com


By: */s/ Evan M. Holober*  _____
           DANIEL H. PEREZ
         Florida Bar No. 106141
         EVAN M. HOLOBER
         Florida Bar No. 1012320


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served **via E-Service** upon: **Maxwell S. Barnard Esq.,** Watson, Espinal, Barnard, PLLC, Counsel for Plaintiff at *[ME@weblawfl.com] and [LS@weblawfl.com]* on May 6, 2020.


                            */s/ Evan M. Holober*  _____
                                 EVAN M. HOLOBER

2

# EXHIBIT "A"